UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60916-CIV-SINGHAL

GWENDOLYN THOMPSON, individually and on
behalf of others similarly situated,

    Plaintiff,

v.

AMERILIFE DIRECT, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Change Venue (DE [18]). Plaintiff originally filed this action against Senior Health Advisors, LLC, d/b/a Senior Healthcare Direct, which is based in the Southern District of Florida. Plaintiff moved to substitute the correct party and filed an Amended Complaint against Amerilife Direct, LLC, which is based in Clearwater, Florida. Plaintiff now moves to transfer venue to the Middle District of Florida. *See* 28 U.S.C. § 1391(b) (venue is proper in the judicial district in which any defendant resides). No objection to the motion has been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Change Venue (DE [18]) is **GRANTED.** The Clerk of Court is directed to **TRANSFER** this case to the Middle District of Florida.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of October 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF